**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BEN DAVID COLLINS**                                                                        **PLAINTIFF**
**#304**

**v.**                                          **No. 4:25-cv-01000-LPR-BBM**

**HARRISON,** *Lt., Faulkner County*
*Detention Center*                                                              **DEFENDANT**

## ORDER

On September 24, 2025, Plaintiff Ben David Collins, an inmate at the Faulkner County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  On May 26, 2026, an Order sent to Mr. Collins was returned to the Court as undeliverable.[2]  On May 28, 2026, Magistrate Judge Moore entered an Order reminding Mr. Collins of his duty to maintain a valid mailing address with the Clerk and directing him to file a notice of his current mailing address within thirty (30) days.[3]  She warned Mr. Collins that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Mr. Collins has not complied with or otherwise responded to Judge Moore's May 28, 2026 Order, and the time for doing so has expired.  His mail continues to be returned as undeliverable.[5]  Accordingly, Mr. Collins's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Returned Mail (Doc. 7).

[3] Order (Doc. 8).

[4] *Id.*

[5] Returned Mail (Doc. 9).

IT IS SO ORDERED this 16th day of July 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

2